# UNITED STATES DISTRICT COURT

### for

## EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION

**U.S.A. vs. Phillip L. Crowder**                    **Docket No. 5:06-CR-251-1BO**

### Petition for Action on Supervised Release

COMES NOW Julie Wise Rosa, probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Phillip L. Crowder, who, upon an earlier plea of guilty to Felon in Possession of a Firearm and Ammunition, was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge, on March 20, 2007, to the custody of the Bureau of Prisons for a term of 72 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for 36 months under the standard conditions adopted by the court and the following additional conditions:

1.    The defendant shall not incur new credit charges or open additional lines of credit without the approval of the probation office.

2.    The defendant shall provide the probation office with access to any requested financial information.

Phillip L. Crowder was released from custody on March 28, 2012, at which time the term of supervised release commenced. Prior to his release from Cavalcorp, the defendant tested positive for the use of marijuana. Due to his classification as an inmate with the Bureau of Prisons, this conduct was not a violation of supervised release. During Crowder's first appointment with the probation officer, he was encouraged to participate in substance abuse treatment. Crowder initially declined any services, but subsequently contacted the probation officer and requested treatment in addition to cognitive behavioral therapy. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1.    The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

2.      The defendant shall participate in a cognitive behavioral program as directed by the probation office.

Except as herein modified, the judgment shall remain in full force and effect.


Reviewed and approved,                                    I declare under penalty of perjury that the
                                                          foregoing is true and correct.


 /s/Michael C. Brittain                                    /s/Julie Wise Rosa
Michael C. Brittain                                       Julie Wise Rosa
Senior U.S. Probation Officer                             U.S. Probation Officer
                                                          310 New Bern Avenue, Room 610
                                                          Raleigh, NC 27601-1441
                                                          Phone: 919-861-8660
                                                          Executed On:  April 11, 2012


## ORDER OF COURT

Considered and ordered this ___/ð___ day of __April_____, 2012, and ordered filed and made a part of the records in the above case.

_____
Terrence W. Boyle
U.S. District Judge