# UNITED STATES DISTRICT COURT

for

## EASTERN DISTRICT OF NORTH CAROLINA
### WESTERN DIVISION

**U.S.A. vs. Phillip L. Crowder**                    **Docket No. 5:06-CR-251-1BO**

### Petition for Action on Supervised Release

COMES NOW Julie Wise Rosa, probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Phillip L. Crowder, who, upon an earlier plea of guilty to Felon in Possession of a Firearm and Ammunition, was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge, on March 20, 2007, to the custody of the Bureau of Prisons for a term of 72 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for 36 months under the standard conditions adopted by the court and the following additional conditions:

1. The defendant shall not incur new credit charges or open additional lines of credit without the approval of the probation office.

2. The defendant shall provide the probation office with access to any requested financial information.

On April 12, 2012, a Petition for Action on Supervised Release was signed by this court which added the following additional conditions:

1. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

2. The defendant shall participate in a cognitive behavioral program as directed by the probation office.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On May 11, 2012, Crowder tested positive for the use of marijuana. On June 7, 2012, Crowder was charged with Assault on a Female (12CR212722) in Wake County, North Carolina. The case remains pending. Crowder was verbally reprimanded for his drug use and new criminal conduct. He subsequently agreed to participate in the HOPE Program. Additionally, the defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

Phillip L. Crowder
Docket No. 5:06-CR-251-1BO
Petition For Action
Page 2


   **PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. While under supervision in the Eastern District of NC, the defendant shall participate in the DROPS Program and, in response to detected illegal drug use, shall be confined in the custody of the Bureau of Prisons for a period not to exceed 30 days of intermittent confinement, as arranged by the probation office, in the following increments: First Use - Two Days; Second Use - Five Days; Third Use - Ten Days.

  Except as herein modified, the judgment shall remain in full force and effect.


Reviewed and approved,

                 I declare under penalty of perjury that the foregoing is true and correct.


/s/Michael C. Brittain
Michael C. Brittain
Senior U.S. Probation Officer

                 /s/Julie Wise Rosa
                 Julie Wise Rosa
                 U.S. Probation Officer
                 310 New Bern Avenue, Room 610
                 Raleigh, NC 27601-1441
                 Phone: 919-861-8660
                 Executed On: July 20, 2012


### ORDER OF COURT

Considered and ordered this _30_ day of _July_____ , 2012, and ordered filed and made a part of the records in the above case.

Terrence W. Boyle
U.S. District Judge